IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSLYVANIA

UNITED STATES OF AMERICA

v.

JEFFREY POPE

Criminal No. 2:26-cr-168

[UNDER SEAL]

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Nicole A. Stockey, Assistant United States Attorney for said District, and submits this Indictment Memorandum to the Court:

### I.    THE INDICTMENT

A federal grand jury returned a two-count Indictment against the above-named defendant for alleged violations of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Voting More Than Once in a Federal Election<br><br>On or about October 22, 2024 | 52 U.S.C. § 10307(e) |
| 2 | Voter Fraud<br><br>From on or about October 18, 2024<br>to on or about October 22, 2024 | 52 U.S.C. § 20511(2)(B) |

## II.    ELEMENTS OF THE OFFENSES

**A.    As to Count 1:**

In order for the crime of voting more than once in a federal election, in violation of 52 U.S.C. § 10307(e), to be established, the government must prove the following essential elements beyond a reasonable doubt:

1.    A candidate for federal office was on the ballot;

2.    The defendant voted more than once for a candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, or Member of the United States House of Representatives; and

3.    The defendant voted knowingly, willfully and expressly for the purpose of having the defendant's vote count more than once.

**B.    As to Count 2:**

In order for the crime of voter fraud, in violation of 52 U.S.C. § 20511(2)(B), to be established, the government must prove the following essential elements beyond a reasonable doubt:

1.    The defendant procured, cast, or tabulated a ballot that was materially false, fictitious or fraudulent under the laws of Pennsylvania;

2.    The defendant knew the ballot was materially false, fictitious or fraudulent;

3.    The ballot was cast in any election for federal office; and

4.    The defendant knowingly and willfully deprived, defrauded or attempted to deprive or defraud the residents of Pennsylvania of a fair and impartially conducted election process.

2

### III.    PENALTIES

**A.    As to Count 1: Voting more than once in a federal election (52 U.S.C. § 10307(e)):**

1.    A term of imprisonment of not more than five (5) years.

2.    A fine not to exceed $10,000.

3.    A term of supervised release of not more than three (3) years.

**B.    As to Count 2: Voter fraud (52 U.S.C. § 20511(2)(B)):**

1.    A term of imprisonment of not more than five (5) years.

2.    A fine not to exceed $250,000.

3.    A term of supervised release of not more than three (3) years.

### IV.    MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted.

### V.    RESTITUTION

Not applicable at this time.

### VI.    FORFEITURE

Not applicable at this time.

Respectfully submitted,

TROY RIVETTI
United States Attorney


*/s/ Nicole A. Stockey*
NICOLE A. STOCKEY
Assistant U.S. Attorney
PA ID No. 306955

3