AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Jeffrey Pope<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   2:26-cr-168<br><br>FID: 12002754 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jeffrey Pope                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment         ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

52 U.S.C. 10307(e) VOTING MORE THAN ONCE IN A FEDERAL ELECTION (1)
52 U.S.C. 20511(2)(B) VOTER FRAUD (2)

> **RECEIVED**
> By KKrapp at 11:35 am, Aug 12, 2026

| | |
|---|---|
| Carina Loushe<br>Name of Issuing Officer<br><br>*Carina Loushe*<br>Signature of Issuing Officer | Deputy Clerk<br>Title of Issuing Officer<br><br>08/12/2026          Johnstown Division<br>Date and Location |

| **Return** |
|---|
| This warrant was received on *(date)* 8/12/2026 , and the person was arrested on *(date)* 8/14/2026<br>at *(city and state)* Pittsburgh, Pa .<br><br>Date: 8/14/2026                              *Abigail Patcher*<br>                                                            Arresting officer's signature<br><br>                                                            Abigail Patcher / Special Agent<br>                                                            Printed name and title |